IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00088-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TAREK KASSEM,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      *s/ David Kraut*
      DAVID KRAUT
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:   (303) 294-7002
      FAX:              (303) 294-1192
      Email:          David_Kraut@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2024, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Nicole C. Cassidy, Assistant United States Attorney
E-mail: Nicole.Cassidy@usdoj.gov

     I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tarek Kassem (via U.S. mail)

                                                      *s/ David Kraut*
                                                      DAVID KRAUT
                                                      Assistant Federal Public Defender
                                                      633 17th Street, Suite 1000
                                                      Denver, CO  80202
                                                      Telephone:     (303) 294-7002
                                                      FAX:               (303) 294-1192
                                                      Email:             David_Kraut@fd.org
                                                      Attorney for Defendant