INDEX AS TAREK M. KASSEM, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00088-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAREK KASSEM,

    Defendant.

## NOTICE OF LIS PENDENS

<u>RECORD TITLE OWNER</u>: TAREK M. KASSEM

PLEASE TAKE NOTICE that the United States of America filed a *First Bill of Particulars for Forfeiture of Property*, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and (a)(2), forfeiting to the United States all right, title, and interest in and to the following real property:

11577 Larkspur Drive, Parker, CO 80134, more specifically described as:

    LOT 1, BLOCK 3, RAMPART STATION FILING NO 1, AMENDMENT NO. 2, COUNTY OF DOUGLAS, STATE OF COLORADO.

DATED this 12th day of April 2024.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 12th day of April 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

            s/ Sheri Gidan
            FSA Paralegal
            Office of the U.S. Attorney