IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-088 (NYW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAREK KASSEM,

    Defendant.

---

**TAREK KASSEM'S UNOPPOSED MOTION TO CONTINUE
THE CHANGE OF PLEA HEARING FOR FOURTEEN DAYS**

---

The defendant, Tarek Kassem, through undersigned counsel, requests this Court continue the change of plea hearing currently scheduled for January 13, 2026, for fourteen (14) days.

**(1)** On November 10, 2025, the undersigned filed a notice of disposition on behalf of Mr. Kassem informing the Court he had accepted a plea agreement offered by the government and requesting a change of plea hearing. Docket Entry Numbers ("DE") 31. The Court scheduled Mr. Kassem's change of plea hearing for January 13, 2026. DE 33.

**(2)** The undersigned has provided the Court with copies of both the Plea Agreement and the Statement in Advance of pleading guilty on January 8, 2026.

**(3)** Mr. Kassem experienced a medical emergency on January 12, 2026. Those medical issues will make it impossible for him to appear for the January 13, 2026, change of plea hearing.

**(4)** Mr. Kassem is not detained. DE 5. On January 2, 2026, probation filed a Bail Status Report which stated that Mr. Kassem has remained compliant with the conditions of his pretrial release and recommended Mr. Kassem remain on bond after the change of plea hearing. DE 34.

(5) The government does not oppose continuing the change of plea hearing.

Wherefore, the undersigned respectfully requests the Court continue the scheduled change of plea hearing for fourteen (14) days.

Respectfully submitted, this 12th day of January 2026.

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

                                      *s/ Jared Scott Westbroek*
                                      JARED SCOTT WESTBROEK
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      Email:  jared_westbroek@fd.org
                                      Attorney for Mr. Kassem

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing **TAREK KASSEM'S MOTION TO CONTINUE THE CHANGE OF PLEA HEARING FOR FOURTEEN DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Nicole Cassidy, Assistant United States Attorney
Email: Nicole.Cassidy@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Tarek Kassem
(Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
jared_westbroek@fd.org
Attorney for Mr. Kassem